Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000175
13-OCT-2017
09:05 AM

NO. CAAP-17-0000175

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOHN TUQUERO, Plaintiff-Appellee,
v.
MILAGROS JUAN DEGAMO, Defendant-Appellant
and
JOHN AND MARY DOES 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-1915-09 ECN)

ORDER APPROVING THE SEPTEMBER 27, 2017
STIPULATION FOR DISMISSAL WITH PREJUDICE OF APPEAL
(By: Fujise, Presiding Judge, and Leonard and Chan, JJ.)

Upon consideration of the "Stipulation for Dismissal
With Prejudice of Appeal" (Stipulation) filed on September 27,
2017 by Defendant-Appellant Milagros Juan DeGamo, and the records
and files herein, it appears that the parties seek dismissal of
this docketed appeal, and, as such, Rule 42(b) of the Hawai'i
Rules of Appellate Procedure applies.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed, with the parties to bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, October 13, 2017.


Presiding Judge


Associate Judge


Associate Judge